THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUARTERDECK CONDOMINIUM ASSOCIATION OF APARTMENT OWNERS,<br><br>Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY, *et al.*,<br><br>Defendants. | CASE NO. C17-0999-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff and Defendant Diamond State Insurance Company's stipulated dismissal (Dkt. No. 13). Having reviewed the parties' stipulation of dismissal and pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court ORDERS that all of the claims set forth in the complaint shall be dismissed against Defendant Diamond State Insurance Company without prejudice, and without costs or attorney fees to any party.

//
//
//
//

1       DATED this 16th day of October 2017.

                                                William M. McCool
                                                Clerk of Court

                                                s/Tomas Hernandez
                                                Deputy Clerk