THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| QUARTERDECK CONDOMINIUM ASSOCIATION OF APARTMENT OWNERS, | CASE NO. C17-0999-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SAFECO INSURANCE COMPANY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff and Defendant Safeco Insurance Company's stipulated dismissal (Dkt. No. 16). Having reviewed the parties' stipulation of dismissal and pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court ORDERS that all of the claims set forth in the complaint shall be dismissed against Defendant Safeco Insurance Company without prejudice, and without costs to any party.

//

//

//

//

1       DATED this 16th day of October 2017.

William M. McCool<br>
Clerk of Court<br><br>
s/Tomas Hernandez<br>
Deputy Clerk