UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUARTERDECK CONDOMINIUM ASSOCIATION OF APARTMENT OWNERS,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH INSURANCE COMPANY OF AMERICA, *et al.*,<br><br>Defendants. | CASE NO. C17-0999-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff and Defendant Starr Surplus Lines Insurance Company's stipulated motion to dismiss without prejudice (Dkt. No. 25). Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court GRANTS the parties' stipulation and DISMISSES all claims against Defendant Starr Surplus Lines Insurance Company without prejudice and without an award of attorney fees or costs to either party. This order does not dismiss claims against any other party.

//

//

//

1       DATED this 24th day of January 2018.

                                                William M. McCool
                                                Clerk of Court

                                                s/Tomas Hernandez
                                                Deputy Clerk

MINUTE ORDER
C17-0999-JCC
PAGE - 2