THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUARTERDECK CONDOMINIUM ASSOCIATION OF APARTMENT OWNERS,<br><br>Plaintiff,<br>v.<br><br>SAFECO INSURANCE COMPANY, *et al.*,<br><br>Defendants. | CASE NO. C17-0999-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff and Defendant Landmark Insurance Company of America's stipulated motion to dismiss without prejudice (Dkt. No. 27). Pursuant to Federal Rule of Civil Procedure 41(b), the Court GRANTS the parties' stipulation and DISMISSES all claims against Defendant Landmark Insurance Company of America without prejudice and without an award of fees or costs to either party. This order does not dismiss claims against any other party.

//
//
//

MINUTE ORDER
C17-0999-JCC
PAGE - 1

DATED this 27th day of April 2018.

                                        William M. McCool
                                        Clerk of Court

                                        s/Tomas Hernandez
                                        Deputy Clerk