THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUARTERDECK CONDOMINIUM ASSOCIATION OF APARTMENT OWNERS,<br><br>Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY, *et al.*,<br><br>Defendants. | CASE NO. C17-0999-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to amend the Court's scheduling order (Dkt. No. 32). Finding good cause, the Court GRANTS the motion (Dkt. No. 32.) The parties must disclose expert witnesses no later than July 30, 2018. The discovery cutoff is extended to August 13, 2018. All other dates remain as established in the Court's scheduling order.

DATED this 10th day of July 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
