THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| QUARTERDECK CONDOMINIUM ASSOCIATION OF APARTMENT OWNERS,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | CASE NO. C17-0999-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties, Plaintiff Quarterdeck Condominium Association of Apartment Owners and Defendant Commonwealth Insurance Company of America, have filed a stipulation and proposed order of dismissal (Dkt. No. 37). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and Defendant Commonwealth Insurance Company of America is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

//

//

1  DATED this 7th day of September 2018

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C17-0999-JCC
PAGE - 2